# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **Kara Risner**, | CASE NO. 3:22-cv-1070 |
|               **Plaintiff**, | JUDGE JAMES G. CARR |
|    v. | |
| **AutoZoners, LLC**, | MAGISTRATE JUDGE DARRELL A. CLAY |
|               **Defendant**. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(h), Matthew J.P. Coffman, trial attorney for Plaintiff Kara Risner, in the above-referenced action, hereby moves the court to admit Douglas A. Funkhouser, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiff.

Movant represents that Mr. Funkhouser is a member in good standing of the highest court of Ohio as attested by the accompanying certificate from the state's highest court (attached hereto as **Exhibit A**). This Motion is accompanied by the required $120.00 fee.

Mr. Funkhouser understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Funkhouser has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has he ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. Mr. Funkhouser's relevant identifying information is as follows:

1

Business Telephone:  (614) 443-5404  Business fax: (614) 443-5408

Business address:  765 South High Street
Columbus, Ohio 43206

Business email address: doug@funkhouserlaw.com

Ohio Bar Number:  0064831

Respectfully submitted,

**COFFMAN LEGAL, LLC**

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
Kelsie N. Hendren (100041)
1550 Old Henderson Rd.
Suite #126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
agedling@mcoffmanlegal.com
khendren@mcoffmanlegal.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2022, a true and accurate copy of the forgoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The foregoing will also be emailed to Defendant's counsel.

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman